Case 1:20-cr-00068-DLH *SEALED*   Document 47   Filed 06/04/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America<br>v.<br>Terrance Jaland Blue<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   1:20-cr-68-23 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Terrance Jaland Blue  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   06/04/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/4/2020 , and the person was arrested on *(date)* 6/24/2020
at *(city and state)* Detroit MI                                    .

Date: 6/25/2020

*Arresting officer's signature*

M Thyne DUSM
*Printed name and title*